UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN F. ELLIS,<br><br>  Plaintiff,<br><br>  v.<br><br>GABRIEL WILLIAMS, et al.,<br><br>  Defendants. | No.  2:23-cv-1962 WBS SCR P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On screening the complaint, the court found plaintiff stated cognizable claims for relief against defendant Williams but stated no other claims.  (ECF No. 7.)  Plaintiff was given the option of proceeding immediately on his cognizable claims against Williams or amending the complaint.  Plaintiff has elected to file an amended complaint.  (ECF No. 10.)

Accordingly, IT IS HEREBY ORDERED that

1. Within thirty days of the date of this order, plaintiff shall file a first amended complaint on the form provided with this order.
2. The Clerk of the Court is directed to provide plaintiff with a copy of the form for a civil rights complaint by a prisoner.

DATED: October 29, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE