IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**BENJAMIN ELLIS,**

                          Plaintiff,

    v.

**WILLIAMS, et al.,**

                          Defendants.

Case No. 2:23-cv-01962 WBS SCR P

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO OPT-OUT OF POST-SCREENING EARLY ADR SETTLEMENT CONFERENCE**

    Good cause appearing, Defendants' request for an extension of time to opt-out of early settlement conference by 46-days (ECF No. 22) is hereby GRANTED. The deadline to opt-out of the Post-screening Early ADR project is now June 16, 2025.

Dated: April 25, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE