UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ELLIS, | No. 2:23-cv-01962 WBS SCR P |
| Plaintiff, | |
| v. | ORDER |
| WILLIAMS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges violations of his constitutional and federal statutory rights regarding the provision of mobility devices and durable medical equipment. On June 13, 2025, defendants filed a motion to opt out of the post-screening ADR project. After reviewing the motion, the court finds good cause to grant defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 24) is granted and the ADR stay of this action is lifted; and

2. Within twenty-one days from the date of this order, defendants shall file a responsive pleading.

DATED: June 17, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE