UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN F. ELLIS, | No. 2:23-cv-1962 WBS SCR P |
| Plaintiff, | |
| v. | ORDER |
| GABRIEL WILLIAMS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 6, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 37. Neither party filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 37) are adopted in full; and

    2. Plaintiff's motion for preliminary injunction (ECF No. 29) is DENIED due to the

1

current absence of irreparable harm.

Dated: September 22, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Elli1962.801

2