UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN F. ELLIS,

    Plaintiff,

    v.

GABRIEL WILLIAMS, et al.,

    Defendants.

No. 2:23-cv-01962 WBS SCR P

<u>ORDER</u>

    Plaintiff is incarcerated in state prison and proceeding pro se and in forma pauperis with this civil rights action under 42 U.S.C. § 1983. By order dated November 24, 2025, the undersigned granted plaintiff's request for issuance of subpoenas duces tecum and ordered him to complete and return the subpoena forms for service by the U.S. Marshal Service. ECF No. 42. Plaintiff has now returned five (5) subpoenas. ECF No. 44.

    Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall forward the following documents to the United States Marshals Service:

    a. The five (5) completed, signed, and issued subpoenas;

    b. A completed USM-285 form for each of the five subpoenas; and

    c. Two (2) copies of this order for each subpoena one to accompany the subpoena and one for the United States Marshals Service.

2. Within fourteen (14) days from the date of this order, the United States Marshals

1

1  Service shall effect personal service of the subpoena.

2      3.    Within ten (10) days after personal service is effected, the United States Marshals
3  Service shall file the return of service.

4      4.    Plaintiff is reminded that he is required to pay the costs for service incurred by the
5  United States Marshals Service.

6  DATED: December 19, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2