IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BENJAMIN ELLIS,**<br><br>Plaintiff,<br><br>v.<br><br>**WILLIAMS, et al.,**<br><br>Defendants. | Case No. 2:23-cv-01962 WBS SCR<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION TO CLARIFY AND SET DEADLINE TO RESPOND TO PLAINTIFF'S SUBPOENAS** |

Defendants have moved to clarify and set the deadline to respond to Plaintiff's subpoenas to February 17, 2026. Good cause appearing, Defendants' Motion is hereby GRANTED. The deadline to respond to Plaintiff's subpoenas is now February 17, 2026.

**IT IS SO ORDERED.**

Dated: January 20, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE