UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN F. ELLIS,

          Plaintiff,

      v.

GABRIEL WILLIAMS, et al.,

          Defendants.

No.  2:23-cv-01962 WBS SCR

ORDER

Plaintiff filed a motion for 45-day extension of time to file an opposition to defendants' motion for summary judgment.  ECF No. 56.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion for 45-day extension of time (ECF No. 60) is granted; and

    2.  Plaintiff is granted 45 days from the date of this order in which to file an opposition to defendants' motion for summary judgment.

DATED: June 12, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE